## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Andrea Spoltore, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 04-125 (JJF) |
| | : | |
| Wilmington Professional Assocs., Inc. | : | |
| | : | |
| Defendant. | : | |

### **ORDER**

**HAVING CONSIDERED** defendant's motion to compel discovery, any responses thereto, and other reasons appearing to the Court;

**IT IS HEREBY ORDERED** that plaintiff shall require Dr. Neil Kaye and Dr. Elizabeth Jackovic: (1) to reappear for their depositions at plaintiff's expense; (2) produce all records relating to plaintiff previously withheld; and (3) answer all questions asked by defendant's counsel relating to her mental and emotional conditions and history.

Pursuant to Fed. R. Civ. P. 37(a)(4)(A), the Court awards attorneys' fees and costs to defendant in the amount of $_____.

_____
Unites States District Judge