**Kimberly D. Sutton, Esquire**
E-mail address kimberly.sutton@obermayer.com
Member of NJ and PA Bar

Suite 300
20 Brace Road
Cherry Hill, NJ 08034-2634
P 856-795-3300
F 856-795-8843
www.obermayer.com

File No. 41104-001

January 18, 2005

*Via UPS Overnight delivery*

Laurence V. Cronin, Esquire
**Smith Katzenstein Furlow, LLP**
The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410 – Courier 19801
Wilmington, DE 19899

      **Re:**     **Andrea L. Spoltore f/k/a Andrea L. Cadwallader v. Wilmington Professional Associates, Inc.**
             **Docket No. CA-04-125**

Dear Mr. Cronin:

      We are in receipt today of your subpoenas to Dr. Kaye and Dr. Jackovic in which you request that those doctors produce "all the medical records of Andrea Spoltore, a/k/a Andrea Cadwallader. As you are aware, that same request was the subject of Plaintiff's motion to quash a subpoena that was filed with the Court on or about September 9, 2004 and Plaintiff's motion for a protective order, that was filed with the court on or about December 20, 2004. We understand that the Court has not ruled on those motions to date.

      Under the circumstances, please be advised that pursuant to Fed. R. Civ. Pro. 45 (c)(1), Ms. Spoltore has instructed that Drs. Kaye and Jackovic not produce certain medical records that she claims as privileged and that are not, in any way, related to this litigation. A copy of our correspondence in that regard is attached. Therefore, pursuant to Health Insurance Portability and Accountability Act of 1996 . (HIPPA) and specifically, 42 U.S.C.A. § 1320-2(d)(2)(a) and 45C.F.R. § 164.502(b)(1) those privileged medical records cannot be produced without an Order of the Court.

      Pursuant to Fed. R. Civ. Pro. 45 (d)(1) and (2), we are enclosing the redacted medical records from Elizabeth A. Jackovic, D.O.'s medical office, along with the following log that identifies the documents that Ms. Spoltore claims are privileged and that are not relevant to the employment termination:

591632

**OBERMAYER REBMANN MAXWELL & HIPPEL**

Laurence V. Cronin, Esquire
**Smith Katzenstein Furlow, LLP**
January 18, 2005
Page 2

Privilege Log

A. Note of 5/6/04……………………………….privileged and irrelevant information redacted.

B. Note of 5/20/04………………………………privileged and irrelevant information redacted.

C. Note of 7/20/04………………………………privileged and irrelevant information redacted.

D. Note of 7/27/04………………………………privileged and irrelevant information redacted.

E.  Medical Record dated  7/21/04………..…….privileged medical record.

F.  HIPAA document dated 5/13/04………..…..privileged medical record.

G. HIPAA document dated 7/21/04…………….privileged medical record.

H.  Medical Record dated  7/21/04……………..privileged medical record.

I.  Medical Record dated  7/21/04……………...privileged medical record.

J.  Medical Record dated 8/9/04…………..........privileged medical record.

K.  Medical Record dated  5/14/04……………...privileged medical record.

    Thank you for your attention to this matter.

                                   Very truly yours,

                                   */s/ Kimberly D. Sutton*
                                   KIMBERLY D. SUTTON

KDS/pjs
Enclosure
c:  Andrea L. Spoltore

591632