UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *Plaintiff(s):*<br><br>ANDREA L. SPOLTORE,<br>f/k/a/ ANDREA L. CADWALLADER<br><br>*vs.*<br><br>*Defendants:*<br><br>WILMINGTON PROFESSIONAL ASSOCIATES, INC., a business entity | Hon. Joseph J. Farnan, Jr.,<br>U.S.D.J.<br><br>Civil Action No. CA-04-125<br><br>**ORDER** |

**HAVING CONSIDERED** the Cross-Motion filed by Plaintiff, Andrea Spoltore, for a protective order, and any responses thereto, and other reasons appearing to the Court;

**IT IS HEREBY ORDERED** that Plaintiff's Cross-Motion for a Protective Order is GRANTED and defendant, Wilmington Professional Associates, Inc., shall be precluded from obtaining discovery concerning the subsequent mental health issues that appear in the plaintiff, Andrea Spoltore's medical records from May 1, 2004 to present.

_____
United States District Judge

56174