UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Plaintiff(s):<br>ANDREA L. SPOLTORE,<br>f/k/a ANDREA L. CADWALLADER<br><br>vs.<br><br>Defendant(s):<br><br>WILMINGTON PROFESSIONAL<br>ASSOCIATES, INC., a business entity | Hon. Joseph J. Farnan, Jr., U.S.M.J.<br><br>Civil Action No. CA-04-125<br><br>CIVIL ACTION<br><br>PROOF FILING/MAILING |

**PROOF OF FILING:** The original of the within: (1) Opposition on Behalf of Plaintiff to Motion to Compel and in Support of Cross-Motion for a Protective Order; and (2) Proof of Filing/Mailing have been electronically filed on this date with:

**Clerk of the Court**
**UNITED STATES DISTRICT COURT**
For the District of Delaware
844 N. King Street
Lock Box 18
Wilmington, DE  19801

                                              By: */s/ Steven T. Davis*
                                                 STEVEN T. DAVIS, ESQUIRE (#2731)
                                            **OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
                                             3 Mill Road, Suite 306A
                                             Wilmington, DE  19806
                                             (302) 655-9094

                                             **OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
                                             KIMBERLY D. SUTTON, ESQUIRE
                                             Admitted Pro Hac Vice
                                             20 Brace Road, Suite 300
                                             Cherry Hill, New Jersey 08034
                                             (856) 795-3300
                                             Attorneys for Plaintiff Andrea Spoltore

DATED: March 16, 2005

605954

2

**PROOF OF MAILING**: On March 16, 2005, I the undersigned, served a true copy of aforementioned documents via electronic filing and regular mail to:

Hon. Joseph J. Farnan, Jr., U.S.M.J.
United States District Court
For the District of Delaware
844 N. King Street
Lock Box 27
Room 4124
Wilmington, DE  19801


Lawrence V. Cronin, Esquire
Smith Katzenstein Furlow, LLP
The Corporate Plaza
800 Delaware Avenue
7th Floor, P.O. Box 410,
Wilmington, DE  19899
Attorney for Defendant, Wilmington Professional Associates, Inc.

      I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

      By: */s/ Steven T. Davis*
      STEVEN T. DAVIS, ESQUIRE (#2731)

DATED: March 15, 2005