**Smith Katzenstein Furlow LLP**

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(Courier 19801)
Telephone: (302) 652-8400
Telecopy: (302) 652-8405
www.skfdelaware.com

March 16, 2005

***VIA E-FILING***

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the
District of Delaware
844 N. King Street
Wilmington, DE 19801

  ***Re: Spoltore v. Wilmington Professional Associates, Inc., C.A. No. 04-125 JJF***

Dear Judge Farnan:

This morning we had a scheduling conference with Magistrate Judge Thynge in the above referenced matter regarding the mediation scheduled for April 7, 2005. During that conference call, it was agreed by the parties and the magistrate that at least a portion of the time set aside for the mediation could be used to resolve the pending discovery motions in this case. As a result, the parties are jointly requesting that the Court refer all five of the pending discovery motions (D.I. 29, 56, 58, 79 and 80) to the magistrate for decision. If Your Honor has any questions regarding this request, counsel are available at the convenience of the Court.

Respectfully,

/s/ Laurence V. Cronin

Laurence V. Cronin (ID No. 2385)

LVC/vkm

cc: Clerk of Court (via e-filing)
   The Honorable Mary Pat Thynge (via hand delivery)
   Stephen T. Davis, Esquire (via e-filing)
   Kimberly D. Sutton, Esquire (via facsimile)

10000767.WPD
02428 PLDG