**DEFENDANT'S ANSWER TO
PLAINTIFF'S CROSS-MOTION
FOR A PROTECTIVE ORDER**

EXHIBIT A

HealthCare Center
Christiana

200 Hygeia Drive
Newark, Delaware 19713-2084

302-623-0100

October 7, 2004

Kimberly D. Sutton
Obermayer, Rebmann, Maxwell & Hippel, LLP
20 Brace Road, suite 300
Cherry Hill, NJ 08034

RE: Andrea L. Spoltore
D.O.B: 11/05/47

Dear Ms. Sutton,
I received your request for my medical opinions regarding Ms. Andrea Spoltore. I have reviewed her medical record and give the following review and opinion:

Ms. Spoltore's record indicates that on September 19, 2001 she saw Dr. Barbara Hamming, the urgent care doctor associated with our facility. Dr. Hamming diagnosed Ms. Spoltore with acute right cervical strain and prescribed a muscle relaxant, an anti-inflammatory agent and a pain medication. Ms. Spoltore was advised to do physical therapy.

On September 25, 2001, Dr. Hamming completed a "Certification of Health Care Provider" form indicating Ms. Spoltore may have to work less than a full schedule for six to twelve weeks if symptoms are severe.

On October 5, 2001, during a followup with me, Ms. Spoltore indicated she was feeling a lot better. She was advised to continue Physical Therapy.

On October 26, 2001 she reported she was discharged to home physical therapy and needed a note for work to return to full duty.

Andrea Spoltore presented to my office on January 22, 2002 complaining of neck pain for a week associated with weakness.

I therefore ordered an MRI which was performed on January 30, 2002. Per the report, the MRI showed multiple disc herniation causing anterior cord impingement and spinal stenosis.

I called Ms. Spoltore on January 31, 2002, and referred her for a neurosurgical evaluation with Dr. Yakov Koyfman.

At a February 7, 2002 appointment with Dr. Koyfman, his impression was that Andrea Spoltore had degenerative cervical spine disease with periodic attacks of cervical radiculopathy and did not need surgical intervention. He suggested traction and Egoscue exercises along with smoking cessation.

Ms. Spoltore presented to my office on February 22, 2002 for follow-up stating that she could not figure out her traction. I recommended she call the medical equipment supply company

*Redacted*

or Dr. Koyfman for instruction on cervical traction.

At a March 20, 2002 appointment with me, Ms. Spoltore, while crying, stated that she was fired from her job on March 8, 2002 due to adding a code. She believed it was really as a result of a personality conflict. I diagnosed her with situational anxiety/depression and prescribed medication.

On April 5, 2002 she presented for a followup reporting feeling a bit better and interviewing. Her medications were refilled.

On April 19, 2002, Ms. Spoltore followed up reporting very nervous for interviews and difficulty speaking in front of people. I changed her medication for better control of her social anxiety disorder.

On May 9, 2002 she reported she was working and feeling much better. She appeared more calm, smiling.

Again on August 8, 2002 she reported she was doing great and her medications were refilled.

On May 6, 2004 Ms. Spoltore saw Dr. Hamming for a follow up to an April 29, 2004 visit for right arm numbness.

*Redacted / Privileged*

She followed up with me on 5/20/04. In addition, evaluation for right shoulder pain was ongoing.

On 7/20/04 she presented complaining of _____ throat pain.

On July 27, 2004 Ms. Spoltore presented to the office.
" ·                           She was to continue at Rockford for management of
                              . She was referred to an otolaryngologist for throat pain.

On August 20, 2004 she presented for a followup, and due to tachycardia, I checked an EKG and advised her to have blood work for further evaluation.

termination.
 I firmly believe that the emotional distress is in part related to the termination of her employment.

Sincerely,

Elizabeth A. Jackovic, D.O.

**DEFENDANT'S ANSWER TO
PLAINTIFF'S CROSS-MOTION
FOR A PROTECTIVE ORDER**

**EXHIBIT B**

## HealthCare Center
## Christiana

200 Hygeia Drive
Newark, Delaware 19713-2084

302-623-0100

October 7, 2004

Kimberly D. Sutton
Obermayer, Rebmann, Maxwell & Hippel, LLP
20 Brace Road, suite 300
Cherry Hill, NJ 08034

RE: Andrea L. Spoltore
D.O.B: 11/05/47

Dear Ms. Sutton,

I received your request for my medical opinions regarding Ms. Andrea Spoltore. I have reviewed her medical record and give the following review and opinion:

Ms. Spoltore's record indicates that on September 19, 2001 she saw Dr. Barbara Hamming, the urgent care doctor associated with our facility. Dr. Hamming diagnosed Ms. Spoltore with acute right cervical strain and prescribed a muscle relaxant, an anti-Inflammatory agent and a pain medication. Ms. Spoltore was advised to do physical therapy.

On September 25, 2001, Dr. Hamming completed a "Certification of Health Care Provider" form indicating Ms. Spoltore may have to work less than a full schedule for six to twelve weeks if symptoms are severe.

On October 5, 2001, during a followup with me, Ms. Spoltore indicated she was feeling a lot better. She was advised to continue Physical Therapy.

On October 26, 2001 she reported she was discharged to home physical therapy and needed a note for work to return to full duty.

Andrea Spoltore presented to my office on January 22, 2002 complaining of neck pain for a week associated with weakness.

I therefore ordered an MRI which was performed on January 30, 2002. Per the report, the MRI showed multiple disc herniation causing anterior cord impingement and spinal stenosis.

I called Ms. Spoltore on January 31, 2002, and referred her for a neurosurgical evaluation with Dr. Yakov Koyfman.

At a February 7, 2002 appointment with Dr. Koyfman, his impression was that Andrea Spoltore had degenerative cervical spine disease with periodic attacks of cervical radiculopathy and did not need surgical intervention. He suggested traction and Egoscue exercises along with smoking cessation.

Ms. Spoltore presented to my office on February 22, 2002 for follow-up stating that she could not figure out her traction. I recommended she call the medical equipment supply company

*Redacted*

or Dr. Koyfman for instruction on cervical traction.

At a March 20, 2002 appointment with me, Ms. Spoltore, while crying, stated that she was fired from her job on March 8, 2002 due to adding a code. She believed it was really as a result of a personality conflict. I diagnosed her with situational anxiety/depression and prescribed medication.

On April 5, 2002 she presented for a followup reporting feeling a bit better and interviewing. Her medications were refilled.

On April 19, 2002, Ms. Spoltore followed up reporting very nervous for interviews and difficulty speaking in front of people. I changed her medication for better control of her social anxiety disorder.

On May 9, 2002 she reported she was working and feeling much better. She appeared more calm, smiling.

Again on August 8, 2002 she reported she was doing great and her medications were refilled.

On May 6, 2004 Ms. Spoltore saw Dr. Hamming for a follow up to an April 29, 2004 visit for right arm numbness.

She followed up with me on 5/20/04. In addition, evaluation for right shoulder pain was ongoing.

On 7/20/04 she presented complaining of depression and throat pain.

On July 27, 2004 Ms. Spoltore presented to the office. She was referred to an otolaryngologist for throat pain.

On August 20, 2004 she presented for a followup, and due to tachycardia, I checked an EKG and advised her to have blood work for further evaluation.

I firmly believe that the emotional distress is in part related to the termination of her employment.

Sincerely,

Elizabeth A. Jackovic, D.O.

Redacted