IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREA L. SPOLTORE f/k/a ANDREA L. CADWALLADER, | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 04-125-JJF : |
| WILMINGTON PROFESSIONAL ASSOCIATES, INC., | : : : |
| Defendant. | : |

### **O R D E R**

WHEREAS, counsel for Defendant, by letter, notified the Court that the parties have agreed to, and request to have Magistrate Thynge mediate the pending discovery motions in the above-captioned matter;

NOW THEREFORE, IT IS ORDERED that, pursuant to 28 U.S.C. § 636(b), the pending discovery motions in the above-captioned matter are referred to Magistrate Judge Thynge.

 March 18, 2005
      DATE

Joseph J. Farnan
UNITED STATES DISTRICT JUDGE