**Smith Katzenstein Furlow LLP**

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(Courier 19801)
Telephone: (302) 652-8400
Telecopy: (302) 652-8405
www.skfdelaware.com

April 4, 2005

***VIA E-FILING***

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

> ***Re:   Spoltore v. Wilmington Professional Associates, Inc., C.A. No. 04-125 JJF***

Dear Judge Farnan:

We represent the defendant in the above referenced matter. I am writing to respond briefly to Mr. Saputelli's letter to Your Honor of April 1, 2005 requesting that the pretrial conference and trial be adjourned for thirty days. As Mr. Saputelli correctly stated, defendant does not oppose plaintiff's request that the pretrial conference and trial be rescheduled. However, we believe that a new pretrial conference and trial should not be scheduled until after Thursday, when Magistrate Thynge hears argument regarding the five discovery motions at issue. At that time, it should become clear as to the amount of time that will be necessary to complete discovery.

If Your Honor has any questions regarding defendant's position, I am available at the convenience of the Court.

Respectfully,

/s/ Laurence V. Cronin

Laurence V. Cronin (ID No. 2385)

cc:   Clerk of Court (via e-filing)
      The Honorable Mary Pat Thynge (via hand delivery)
      Steven T. Davis, Esquire (via e-filing)
      Gregory D. Saputelli, Esquire (via facsimile)

10001376.WPD