

**OBERMAYER**
REBMANN MAXWELL & HIPPEL LLP
*Attorneys At Law*



RECEIVED
APR - 1 2005

**GREGORY D. SAPUTELLI**
gds@obermayer.com
New Jersey Managing Partner
Member of NJ & PA Bar
Certified by the Supreme Court
  of New Jersey as a
Civil Trial Attorney

Suite 300
20 Brace Road
Cherry Hill, NJ 08034-2634
P 856-795-3300
F 856-795-8843
www.obermayer.com

File No.: 41104-001

April 1, 2005
*Via Hand Delivery*

The Honorable Joseph J. Farnan, Jr.
United States District Court
For the District of Delaware
844 N. King Street
Room 4124
Lock Box 27
Wilmington, DE 19801

Re:   **Andrea L. Spoltore, f/k/a Andrea L. Cadwallader v.**
      **Wilmington Professional Associates, Inc.**
      **Docket No.: 04-125 JJF**

Dear Judge Farnan:

We represent the Plaintiff in the above-captioned case.

I am writing to respectfully request a 30-day adjournment of both the pretrial conference, now scheduled for April 7, 2005 at 1:30 pm, and the trial, now scheduled for May 23, 2005. Laurence V. Cronin, Esquire, counsel for the defendant, has indicated to us that he is not opposed to putting off the pretrial conference, and that he does not believe that the case will be ready for trial in May, but that he will be writing separately to Your Honor on Monday with his reasoning.

The reasons for Plaintiff's request are as follows:

(1)   A mediation that had been scheduled to be conducted on the morning of April 7, 2005, has been converted to a hearing on various discovery motions that were filed last fall and will now be heard by Magistrate Judge Mary Pat Thynge on that morning, the same date on which the pretrial conference is scheduled. Plaintiff's counsel believes that the content of the pretrial stipulation will be impacted, and will need to reflect, the substance of the Court's rulings on the motions, which will not be able to be accomplished until after April 7, 2006.

(2)   There is an outstanding deposition to be taken of Plaintiff's expert, the scheduling of which was delayed until after the previously scheduled mediation, which has now been converted to a motion hearing. In addition, I understand that Mr. Cronin may request that other depositions be taken after April 7, 2005, depending on Magistrate Judge Thynge's rulings on the outstanding motions.

**Over a Century of Solutions**

610346

Philadelphia         Harrisburg           Pittsburgh           Cherry Hill          Vineland             Wilmington
Pennsylvania         Pennsylvania         Pennsylvania         New Jersey           New Jersey           Delaware

**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

The Honorable Joseph J. Farnan, Jr.
United States District Court
For the District of Delaware
April 1, 2005
Page 2

Testimony to be provided during any remaining deposition(s) may also impact the content of the pretrial stipulation.

    Thank you for Your Honor's consideration of this request.

                                    Respectfully yours,

                                    GREGORY D. SAPUTELLI

GDS/pjs
c:    Magistrate Judge Mary Pat Thynge
      Laurence V. Cronin, Esquire (Via Fax & Regular Mail)
      Steven T. Davis, Esquire
      Andrea L. Spoltore

610346