OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

DATE: April 5, 2005

TO: Gregory D. Sapotelli, Esq

RE: CA# 04-125 (JJF)

CASE CAPTION: Andrea Spoltore v. Wilmington Professional Assoc

DOCUMENT TITLE: Letter dated April 1, 2005 (DI #89)

Papers have been received for filing in the above captioned case which do not conform to the Local Rules of Civil Practice for the District Court of Delaware. **The papers will be docketed but no action will be taken by the Court until the following discrepancies are corrected:**

( )  No original signature on: _____ (LR 5.3).
( )  Insufficient copies received. Please send ____ copies (LR 5.3.).
(✓)  Papers not signed by local counsel (LR 83.5 (d)).
( )  No statement as required with non-dispositive motion LR 7.1.1).
( )  Request for extension of discovery or trial deadline lacks proof of notification to requesting counsel's client or lacks the reasons for the request (LR 16.5).

Form and contents of briefs, memoranda and appendices:
( )  No paginated table of contents/citations (LR 7.1.3 (c)).
( )  Opening or answering brief exceeds 40 pages (LR 7.1.3 (a) (4)).
( )  Reply brief exceeds 20 pages (LR 7.1.3 (a)(4)).
( )  Is not firmly bound at the left margin (LR 7.1.3(a)(3)).
( )  Other problem with brief: _____ (LR 7.___).

( )  Other deficiency noted: _____

If there are any questions concerning this matter, do not hesitate to contact this office. Also, our web site (frequently asked questions) may be of interest to you, at http:www.ded.uscourts.gov.

cc:   Assigned Judge

_____
Deputy Clerk

INTAKMAN\DEFLTR (REV. 5/01)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## NOTICE REGARDING ELECTRONIC FILING

DATE:   April 5, 2005

TO:     Gregory D. Saputelli, Esq.

      The United States District Court for the District of Delaware recently adopted the new case management and electronic filing system developed by the Federal Judiciary known as CM/ECF. In accordance with the Court's Administrative Procedures Governing Filing and Service By Electronic Means, effective March 1, 2005, all documents submitted for filing in both new and pending civil and criminal cases, except those documents specifically exempted, are to be filed either electronically using CM/ECF or on a properly labeled 3.5" floppy or compact disk in PDF so that the document can be added to the electronic case file.

      The records of the Clerk's Office do not reflect the issuance of a CM/ECF login and password in your name. Within the next 30 days, we kindly request that you attend one of the Court's CM/ECF training sessions in order to receive a login and password for electronic filing. A listing of the dates and times of the training classes is available on our web page at www.ded.uscourts.gov. Upon expiration of the 30 day period, the Clerk's Office will no longer be able to accept your filings in paper format. If you are unable to comply with this request, you may petition the Court for relief from electronic filing.

      Peter T. Dalleo
      Clerk of Court