IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREA L. SPOLTORE f/k/a<br>ANDREA L. CADWALLADER,<br><br>    Plaintiff,<br><br>    v.<br><br>WILMINGTON PROFESSIONAL<br>ASSOCIATES, INC.,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 04-125-JJF<br>:<br>:<br>:<br>:<br>: |

## O R D E R

WHEREAS, by letter dated April 1, 2005, Plaintiff's counsel requests an adjournment of the April 7, 2005 Pretrial Conference and the May 23, 2005 Trial in the above-captioned matter;

WHEREAS, by same letter, Plaintiff's counsel states that Defendant's counsel does not oppose the request;

NOW THEREFORE, IT IS HEREBY ORDERED that a Pretrial Conference and the Trial will be scheduled upon notice from the parties that the proceedings before the Magistrate Judge have been completed.

<u>April 5, 2005</u>　　　　　　　　　　　　　　　*Joseph J. Farnan Jr.*
    DATE　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE