IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ANDREA L. SPOLTORE, f/k/a ANDREA : \
L. CADWALLADER, :
:
              Plaintiff, :
:
v.                                          :    Civil Action No. 04-125-JJF
:
WILMINGTON PROFESSIONAL :
ASSOCIATES, INC., :
:
              Defendant. :

### ORDER

At Wilmington this **7th** day of **April, 2005.**

Before the court are various discovery motions, specifically plaintiff's motion to quash subpoenas (D.I. 28), defendant's motion to compel (D.I. 56), plaintiff's motion for a protective order in response to defendant's motion to compel (D.I. 58), and defendant's second motion to compel (D.I. 79).

A conference was held on April 7, 2005 to address the aforementioned motions. As a result of the briefing and April 7, 2005 conference,

IT IS ORDERED that:

1. The transcript of the conference shall serve as the order of the court regarding the outstanding discovery motions contained herein and other matters addressed during the conference.

2. Plaintiff's motion to quash subpoenas (D.I. 28) and motion for a protective order (D.I. 58) are DENIED. On or before April 25, 2005, counsel, are to file a qualified

protective order consistent with 45 CFR 164.512(e)(1)(v) and consistent with the direction of the court during the conference.

       3. Defendant's motions to compel (D.I. 56, 79) are GRANTED, however defendant's request for attorneys' fees and costs incurred in connection with its motions and its opposition to plaintiff's motions is DENIED. Plaintiff shall reimburse defendant for the following expenses incurred by defendant for the continued depositions of plaintiff's experts, Drs. Kaye and Jackovic and of plaintiff: any fees charged by either expert and the deposition fee charged by the court reporter.

       4. On or before April 25, 2005, counsel are to submit a proposed discovery scheduling order for review and consideration by the court.

_____
UNITED STATES MAGISTRATE JUDGE