IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREA L. SPOLTORE f/k/a ANDREA L. CADWALLADER, | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 04-125-JJF : |
| WILMINGTON PROFESSIONAL ASSOCIATES, INC., | : : : |
| Defendant. | : |

O R D E R

WHEREAS, by letter dated April 1, 2005, Plaintiff's counsel requests an adjournment of the April 7, 2005 Pretrial Conference and the May 23, 2005 Trial in the above-captioned matter;

WHEREAS, by same letter, Plaintiff's counsel states that Defendant's counsel does not oppose the request;

NOW THEREFORE, IT IS HEREBY ORDERED that a Pretrial Conference and the Trial will be scheduled upon notice from the parties that the proceedings before the Magistrate Judge have been completed.

April 5, 2005
DATE

[signature]
UNITED STATES DISTRICT JUDGE