## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREA L. SPOLTORE, <br> f/k/a ANDREA L. CADWALLADER, <br> <br> Plaintiff, <br> <br> v. <br> <br> WILMINGTON PROFESSIONAL <br> ASSOCIATES, INC., <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-125 (JJF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF DEPOSITION

TO:   Steven T. Davis, Esquire
      Obermayer, Rebmann, Maxwell & Hippel, LLP
      3 Mill Road, Suite 306A
      Wilmington, DE 19806

PLEASE TAKE NOTICE that defendant will take the deposition of the Andrea Spoltore on Thursday, May 12, 2005, beginning at 10:00 a.m. at the offices of Smith, Katzenstein & Furlow LLP, 800 Delaware Avenue, 7th Floor, Wilmington, DE 19801.

SMITH, KATZENSTEIN & FURLOW LLP

    /s/ Laurence V. Cronin
Laurence V. Cronin (# 2385)
The Corporate Plaza
800 Delaware Avenue, P.O. Box 410
Wilmington, Delaware 19899
(302) 652-8400
Attorneys for Defendant

Dated: April 26, 2005

{10002125.DOC}