**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of April 2005, I served a copy of the foregoing

**NOTICE OF DEPOSITION** upon the following counsel of record via e-filing:

Steven T. Davis, Esquire
Obermayer, Rebmann, Maxwell & Hippel, LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806

   /s/ Laurence V. Cronin
Laurence V. Cronin (ID 2385)