

**Smith Katzenstein Furlow LLP**

*Attorneys at Law*

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Roger D. Anderson
Joelle E. Polesky
Robert K. Beste
Etta R. Wolfe

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

May 2, 2005

*VIA E-FILING*

The Honorable Mary Pat Thynge
U. S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Spoltore v. Wilmington Professional Associates, Inc.,* C.A. No. 04-125 JJF

Dear Judge Thynge:

Pursuant to the Court's order of March 18, 2005, Judge Farnan referred to Your Honor the pending discovery motions in the above referenced matter. (D.I. 85). At a hearing on April 7, 2005, all pending discovery motions were resolved in favor of the defendant. (D.I. 92). As part of the Court's order resolving these motions, the parties were ordered to submit by April 25 a proposed schedule for the the completion of discovery.

Subsequent to entry of the April 7 order and entry of a stipulated protective order on April 13 (D.I. 94), plaintiff produced documents that had either been previously withheld or produced only in a redacted form. These documents identify additional facilities where plaintiff has recently received treatment. As a result, I informed plaintiff's counsel that we intended to serve subpoenas on the three institutions at issue so that we could obtain their records concerning plaintiff prior to the resumption of her client's deposition on May 12, 2005. Ms. Sutton has indicated in response that she will move to quash those subpoenas. As a result, we have agreed not to serve the subpoenas and plaintiff's deposition has been postponed pending resolution of this dispute.

I am writing for the purpose of requesting an office conference or teleconference to discuss how best to complete discovery in this matter without the need for additional

10002273.WPD
02428 CORR

The Honorable Mary Pat Thynge
May 2, 2005
Page 2

expensive and time consuming motion practice. At present, it does not appear possible for the parties to even propose a schedule for the completion of discovery when we continue to have a fundamental disagreement as to both the scope of discovery and the meaning of the Court's rulings on April 7. If the Court is amenable to proceeding in this manner, I would pleased to assist in scheduling a time convenient to both the parties and the Court. If Your Honor has any questions regarding this request, I am available at the convenience of the Court.

Respectfully,

Laurence V. Cronin (ID No. 2385)

LVC/vkm

cc:   Clerk of Court (*via e-filing*)
      Steven T. Davis, Esquire (*via e-filing*)
      Kimberly D. Sutton, Esquire (*via facsimile*)

10002273.WPD
02428 CORR