IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREA L. SPOLTORE,<br>f/k/a ANDREA L. CADWALLADER,<br><br>   Plaintiff,<br><br> v.<br><br>WILMINGTON PROFESSIONAL<br>ASSOCIATES, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 04-125 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DEPOSITION**

TO: Steven T. Davis, Esquire
   Obermayer Rebmann Maxwell & Hippel LLP
   3 Mill Road, Suite 306A
   Wilmington, DE 19806

  PLEASE TAKE NOTICE that defendant will take the deposition of Elizabeth A. Jackovic, D.O., on Thursday, June 9, 2005 at 3:00 p.m. at 200 Hygeia Drive, Newark, DE 19713, before a Notary Public or some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. You are invited to attend and participate in the examination.

            SMITH, KATZENSTEIN & FURLOW LLP

            /s/ Laurence V. Cronin
            Laurence V. Cronin (# 2385)
            The Corporate Plaza
            800 Delaware Avenue, P.O. Box 410
            Wilmington, Delaware 19899
            (302) 652-8400
            Attorneys for Defendant Wilmington Professional Associates, Inc.

Date: May 2, 2005

10002354.WPD
PROF/02428

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of May 2005, I served a copy of the foregoing NOTICE OF DEPOSITION upon the following counsel of record via e-filing:

Steven T. Davis, Esquire
Obermayer, Rebmann, Maxwell & Hippel, LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806

/s/ Laurence V. Cronin
Laurence V. Cronin (ID 2385)

10002355.WPD