## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREA L. SPOLTORE, f/k/a ANDREA L. CADWALLADER, | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 04-125-JJF : |
| WILMINGTON PROFESSIONAL ASSOCIATES, INC., | : : : |
| Defendant. | : |

### ORDER

At Wilmington this **3rd** day of **May, 2005.**

IT IS ORDERED that a teleconference has been scheduled for **Thursday, May 5, 2005 at 5:00 p.m. EST** with Magistrate Judge Thynge to discuss the status of discovery matters. **Laurence V. Cronin, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE