

**Smith Katzenstein Furlow LLP**
*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Roger D. Anderson
Joelle E. Polesky
Robert K. Beste
Etta R. Wolfe

May 11, 2005

*VIA E-FILING*

The Honorable Mary Pat Thynge
U. S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Spoltore v. Wilmington Professional Associates, Inc.*, C.A. No. 04-125 JJF

Dear Judge Thynge:

Enclosed is a form of order that has been agreed to by the parties in connection with the issues discussed during the teleconference on May 5, 2005. If Your Honor has any questions regarding the enclosed order, counsel are available at the convenience of the Court.

Respectfully,

Laurence V. Cronin (ID No. 2385)

LVC/vkm

Enclosure

cc:   Clerk of Court (via e-filing w/ enc.)
      Steven T. Davis, Esquire (via e-filing w/ enc.)
      Kimberly D. Sutton, Esquire (via facsimile w/ enc.)

10002670.WPD
02428 PLDG