IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANDREA L. SPOLTORE,                      )
f/k/a ANDREA L. CADWALLADER,             )
                                         )
          Plaintiff,                     )
                                         )         C.A. No. 04-125 (JJF)
     v.                                  )
WILMINGTON PROFESSIONAL                  )
ASSOCIATES, INC.,                        )
              Defendant.                 )

## ORDER

THIS MATTER, having been brought before the Court by Laurence V. Cronin, Esq., of the law firm Smith, Katzenstein & Furlow LLP, counsel for defendant Wilmington Professional Associates, for an order granting defendant leave to subpoena the medical records, the treatment records and all other records of plaintiff Andrea Spoltore from MeadowWood Hospital, Rockford Center and Father Martin's Ashley in Havre de Grace, Maryland, relating to her hospitalizations at those facilities in 2004 and 2005 ("the requested records"); and plaintiff having objected to the defendant's application on the basis that the requested records are privileged and protected from disclosure by Title 42 U.S.C. § 290dd-2(a); and the Court having considered the documents submitted in support of the defendant's application and in opposition thereto; and having heard the arguments of counsel; and for the reasons placed on the record on May 5, 2005:

IT IS HEREBY ORDERED, this /day of May, 2005 as follows:

1.    Defendant's motion for leave to serve a subpoena on MeadowWood

Hospital, Rockford Center and Father Martin's Ashley, that requires those facilities produce all of the requested records , shall be and is hereby granted under the following conditions and limitations:

       a.      The subpoena shall require that MeadowWood Hospital, Rockford Center and Father Martin's Ashley produce all of the requested records , to plaintiff's attorney, Kimberly Sutton, Esquire, at the law offices of Obermayer, Rebmann, Maxwell & Hippel, at 20 Brace Road, Suite 300, Cherry Hill, New Jersey, 08034-2634.

       b.      MeadowWood Hospital, Rockford Center and Father Martin's Ashley shall produce the documents that are the subject of the subpoena, only to plaintiff's counsel, Kimberly Sutton, Esquire, at the law offices of Obermayer Rebmann Maxwell & Hippel, at 20 Brace Road, Suite 300, Cherry Hill, New Jersey, 08034-2634 and they shall not be produced to the defendant or its counsel.

       c.      Plaintiff's counsel, Kimberly D. Sutton, Esq., will then mark or cause to be marked, each page of the requested records received from those three facilities in a manner so that they can be easily identified as being produced pursuant to this order, and then, she shall immediately forward all of the requested records to the Honorable Mary Pat Thynge, United States Magistrate Judge, in a sealed envelope, for an *in camera* review by the Court.

       d.      Plaintiff's counsel, Kimberly D. Sutton, Esq., shall not produce the requested records to counsel for defendant, but he shall be provided with a copy of the transmittal letter(s) that will accompany the requested records that are being forwarded to the Court.

       2.      After reviewing the requested records produced by the three facilities

{10002672.DOC}

pursuant to this order, the Court will determine which, if any, of the requested records will be forwarded to counsel for the defendant.

3.      All of the requested records that are produced to counsel for the defendant pursuant to this Order shall be deemed confidential and shall be subject to the protective order entered by the Court in this matter on April 13, 2005, with the exception that defendant's counsel may not show or discuss any portion of the requested records with anyone employed by defendant, or with any other attorney that represents the defendant other than those affiliated with Smith, Katzenstein & Furlow LLP, absent further order of the Court.

                                   The Honorable Mary Pat Thynge, U.S.M.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANDREA L. SPOLTORE,                    )
f/k/a ANDREA L. CADWALLADER,           )
                                       )
          Plaintiff,                   )
                                       )      C.A. No. 04-125 (JJF)
     v.                                )
WILMINGTON PROFESSIONAL                )
ASSOCIATES, INC.,                      )
               Defendant.              )

## ORDER

THIS MATTER, having been brought before the Court by Laurence V. Cronin, Esq., of the law firm Smith, Katzenstein & Furlow LLP, counsel for defendant Wilmington Professional Associates, for an order granting defendant leave to subpoena the medical records, the treatment records and all other records of plaintiff Andrea Spoltore from MeadowWood Hospital, Rockford Center and Father Martin's Ashley in Havre de Grace, Maryland, relating to her hospitalizations at those facilities in 2004 and 2005 ("the requested records"); and plaintiff having objected to the defendant's application on the basis that the requested records are privileged and protected from disclosure by Title 42 U.S.C. § 290dd-2(a); and the Court having considered the documents submitted in support of the defendant's application and in opposition thereto; and having heard the arguments of counsel; and for the reasons placed on the record on May 5, 2005:

IT IS HEREBY ORDERED, this⁄ day of May, 2005 as follows:

1.      Defendant's motion for leave to serve a subpoena on MeadowWood

{10002672.DOC}

Hospital, Rockford Center and Father Martin's Ashley, that requires those facilities produce all of the requested records , shall be and is hereby granted under the following conditions and limitations:

      a.     The subpoena shall require that MeadowWood Hospital, Rockford Center and Father Martin's Ashley produce all of the requested records , to plaintiff's attorney, Kimberly Sutton, Esquire, at the law offices of Obermayer, Rebmann, Maxwell & Hippel, at 20 Brace Road, Suite 300, Cherry Hill, New Jersey, 08034-2634.

      b.     MeadowWood Hospital, Rockford Center and Father Martin's Ashley shall produce the documents that are the subject of the subpoena, only to plaintiff's counsel, Kimberly Sutton, Esquire, at the law offices of Obermayer Rebmann Maxwell & Hippel, at 20 Brace Road, Suite 300, Cherry Hill, New Jersey, 08034-2634 and they shall not be produced to the defendant or its counsel.

      c.     Plaintiff's counsel, Kimberly D. Sutton, Esq., will then mark or cause to be marked, each page of the requested records received from those three facilities in a manner so that they can be easily identified as being produced pursuant to this order, and then, she shall immediately forward all of the requested records to the Honorable Mary Pat Thynge, United States Magistrate Judge, in a sealed envelope, for an *in camera* review by the Court.

      d.     Plaintiff's counsel, Kimberly D. Sutton, Esq., shall not produce the requested records to counsel for defendant, but he shall be provided with a copy of the transmittal letter(s) that will accompany the requested records that are being forwarded to the Court.

      2.     After reviewing the requested records produced by the three facilities

pursuant to this order, the Court will determine which, if any, of the requested records will be forwarded to counsel for the defendant.

3.     All of the requested records that are produced to counsel for the defendant pursuant to this Order shall be deemed confidential and shall be subject to the protective order entered by the Court in this matter on April 13, 2005, with the exception that defendant's counsel may not show or discuss any portion of the requested records with anyone employed by defendant, or with any other attorney that represents the defendant other than those affiliated with Smith, Katzenstein & Furlow LLP, absent further order of the Court.

The Honorable Mary Pat Thynge, U.S.M.J.