IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREA L. SPOLTORE, <br> f/k/a ANDREA L. CADWALLADER, <br><br> Plaintiff, <br><br> v. <br><br> WILMINGTON PROFESSIONAL <br> ASSOCIATES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-125 (JJF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF DEPOSITION *DUCES TECUM*

TO: Steven T. Davis, Esquire
Obermayer, Rebmann, Maxwell & Hippel, LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806

PLEASE TAKE NOTICE that defendant will take the deposition of Rockford Center* on May 27, 2005, beginning at 10:00 a.m. at the offices of Obermayer Rebmann Maxwell & Hippel LLP, 20 Brace Road, Suite 300, Cherry Hill, NJ 08034-2634.

SMITH, KATZENSTEIN & FURLOW LLP

/s/ Laurence V. Cronin
Laurence V. Cronin (# 2385)
The Corporate Plaza
800 Delaware Avenue, P.O. Box 410
Wilmington, Delaware 19899
(302) 652-8400
Attorneys for Defendant

Dated: May 12, 2005

---

* Attendance at the depositions will be waived if the deponents produce the documents requested pursuant to the attached subpoena on or before May 27, 2005.

{10002168.DOC}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of May 2005, I served a copy of the foregoing NOTICE OF DEPOSITION upon the following counsel of record via e-filing:

Steven T. Davis, Esquire
Obermayer, Rebmann, Maxwell & Hippel, LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806

                                                  /s/ Laurence V. Cronin
                                                  Laurence V. Cronin (ID 2385)

10002355.WPD