IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREA L. SPOLTORE,<br>f/k/a ANDREA L. CADWALLADER,<br><br>Plaintiff,<br><br>v.<br><br>WILMINGTON PROFESSIONAL<br>ASSOCIATES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 04-125 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DEPOSITION *DUCES TECUM***

TO:   Steven T. Davis, Esquire
　　　Obermayer, Rebmann, Maxwell & Hippel, LLP
　　　3 Mill Road, Suite 306A
　　　Wilmington, DE 19806

PLEASE TAKE NOTICE that defendant will take the deposition of MeadowWood Hospital* on May 27, 2005, beginning at 10:00 a.m. at the offices of Obermayer Rebmann Maxwell & Hippel LLP, 20 Brace Road, Suite 300, Cherry Hill, NJ 08034-2634.

　　　　　　　　　　　　　　　　　　SMITH, KATZENSTEIN & FURLOW LLP

　　　　　　　　　　　　　　　　　　　/s/ Laurence V. Cronin
　　　　　　　　　　　　　　　　　　Laurence V. Cronin (# 2385)
　　　　　　　　　　　　　　　　　　The Corporate Plaza
　　　　　　　　　　　　　　　　　　800 Delaware Avenue, P.O. Box 410
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899
　　　　　　　　　　　　　　　　　　(302) 652-8400
　　　　　　　　　　　　　　　　　　Attorneys for Defendant

Dated: May 12, 2005

---

　　* Attendance at the depositions will be waived if the deponents produce the documents requested pursuant to the attached subpoena on or before May 27, 2005.

{10002169.DOC}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of May 2005, I served a copy of the foregoing NOTICE OF DEPOSITION upon the following counsel of record via e-filing:

Steven T. Davis, Esquire
Obermayer, Rebmann, Maxwell & Hippel, LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806

                                                /s/ Laurence V. Cronin
                                                Laurence V. Cronin (ID 2385)