UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Plaintiff(s):

ANDREA L. SPOLTORE,
f/k/a/ ANDREA L. CADWALLADER

vs.

Defendants:

WILMINGTON PROFESSIONAL
ASSOCIATES, INC., a business
entity

Hon. Mary Pat Thynge, U.S.M.J.

Civil Action No. CA-04-125

# FOR IN CAMERA REVIEW ONLY
# SEALED DOCUMENTS PRODUCED BY
# ROCKFORD CENTER

Steven T. Davis, Esquire (#2731)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Suite 306A
3 Mill Road
Wilmington, DE  19806
Phone:  (302) 655-9094

Gregory D. Saputelli, Esquire
Admitted Pro Hac Vice
Kimberly D. Sutton, Esquire
Admitted Pro Hac Vice
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
20 Brace Road, Suite 300
Cherry Hill, NJ  08034
Attorneys for Plaintiff Andrea Spoltore

626185

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Plaintiff(s):<br><br>ANDREA L. SPOLTORE,<br>f/k/a/ ANDREA L. CADWALLADER<br><br>vs.<br><br>Defendants:<br><br>WILMINGTON PROFESSIONAL<br>ASSOCIATES, INC., a business<br>entity | Hon. Mary Pat Thynge, U.S.M.J.<br><br>Civil Action No. CA-04-125 |

## FOR IN CAMERA REVIEW ONLY
## SEALED DOCUMENTS PRODUCED BY
## MEADOWWOOD HOSPITAL

Steven T. Davis, Esquire (#2731)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Suite 306A
3 Mill Road
Wilmington, DE  19806
Phone:  (302) 655-9094

Gregory D. Saputelli, Esquire
Admitted Pro Hac Vice
Kimberly D. Sutton, Esquire
Admitted Pro Hac Vice
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
20 Brace Road, Suite 300
Cherry Hill, NJ  08034
Attorneys for Plaintiff Andrea Spoltore

626179