

**Smith Katzenstein Furlow LLP**
*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Roger D. Anderson
Joelle E. Polesky
Robert K. Beste
Etta R. Wolfe

June 6, 2005

**VIA E-FILING**

The Honorable Mary Pat Thynge
U. S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Spoltore v. Wilmington Professional Associates, Inc., C.A. No. 04-125 JJF*

Dear Judge Thynge:

I was out of the office on Friday, and therefore, did not see Ms. Sutton's letter of June 1, 2005 until this morning. Since our copy was sent by regular mail, it did not arrive here until Friday. Before the Court makes a decision with respect to the documents produced for *in camera* review, defendant requests the opportunity to respond to the arguments set forth in counsel's letter. We were not aware that additional argument would be submitted with respect to resolution of this issue, and in fact, understood that plaintiff's delay in forwarding these documents to the Court was because it was taking longer than expected for a paralegal to stamp the 179 pages at issue. In any event, we request the opportunity to submit a letter memorandum in response of no more than four pages by the close of business Wednesday, June 8, 2005.

If Your Honor has any questions regarding this request, I am available at the convenience of the Court.

Respectfully,

Laurence V. Cronin (ID No. 2385)

LVC/vkm

cc:   Clerk of Court (via e-filing)
      Kimberly D. Sutton, Esquire (via facsimile)
      Steven T. Davis, Esquire (via e-filing)

10003438.WPD
02428 PLDG