**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANDREA L. SPOLTORE, ) | |
| f/k/a ANDREA L. CADWALLADER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 04-125 (JJF) |
| v. ) | |
| ) | |
| WILMINGTON PROFESSIONAL ) | |
| ASSOCIATES, INC., ) | |
| ) | |
| Defendant. ) | |

**SEALED DOCUMENT**

SMITH, KATZENSTEIN & FURLOW LLP

    /s/ Laurence V. Cronin
Laurence V. Cronin (ID No. 2385)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Telecopy: 302-652-8405
Email: LVC@skfdelaware.com

Attorneys for Defendant Wilmington Professional Associates, Inc.

Date:   June 8, 2005

10003574.WPD