**REDACTED JUNE 8, 20005 LETTER**        **EXHIBIT 1**
**TO MAGISTRATE JUDGE THYNGE**

**REDACTED**