Andrea Spoltore

## LOST FRINGE BENEFITS

In addition to the lost earnings, there would also be a loss of fringe benefits.

At her employment with Wilmington Professional Associates, Ms. Spoltore received health coverage, short and long term disability coverage, participation in a pension and profit sharing plan, and vacation and sick time. As the result of her termination, she was not 100% vested in both the Money Purchase Pension Plan and the profit sharing plan. As indicated in the Background section of this report, she was 80% vested, and therefore sustained a loss, based upon the September 30, 2002 valuation date, in the amount of $3,354 from the losses sustained in both plans.

Ms. Spoltore received fringe benefits in her employment with DMMS, however, she did not receive short term or long term disability, and her own contributions to the pension plan were not 100% vested.

In order to conservatively measure the value of the lost fringe benefits, reference is made to governmental statistics. According to Table No.646: "Employer Costs for Employee Compensation Per Hour Worked: 2003", as contained in the 2003 Statistical Abstract of the United States (source: U.S. Bureau of Labor Statistics, USDL 03-297), and data contained in the National Compensation Survey, (NCS), published by the U.S. Department of Labor, Bureau of Labor Statistics, the average value of employee fringe benefits in the U.S. labor market ranges between 20% and 30% of gross earnings. For purposes of this report, the lost fringe benefits are measured for the duration of the work-life expectancy period based upon a conservative measure of the lost fringe benefits as 20% of the lost earnings.

On this basis, the past lost fringe benefits, including the lost income from the Money Purchase Pension Plan and profit sharing plan, would be in the amount of $13,264.

The future lost fringe benefits are measured from the current date throughout the duration of the work-life expectancy period. On this basis, and utilizing the 2% net interest rate method, the present value of the future lost fringe benefits would be in the amount of $31,781.

-7-

Andrea Spoltore

## **TAXES**

Consideration is given for the taxes which Ms. Spoltore would be obligated to pay, both State and Federal, upon receiving an award for money damages.

In making such calculations, the amount indicated on our Summary page would be increased by the amount of taxes which Ms. Spoltore would be obligated to pay. These calculations are based upon a Federal Standard Deduction of $7,000 (Head of Household), Federal Exemption of $6,100 (2 x $3,050), State Standard Deduction of $2,500 and the following progressive tax rates:

### FEDERAL: (Based upon Head of Household, 2003 rates)

| Percent | Income |
|---------|--------|
| 10% | up to $10,200 |
| 15% | $10,200 to $38,900 |
| 25% | $38,900 to $100,500 |
| 28% | $100,500 to $162,700 |
| 33% | $162,700 to $319,100 |
| 35% | Above $319,100 |

### STATE:

$2,943.50 plus 5.95% of the amount over $60,000.

-8-

Andrea Spoltore

## SUMMARY

Past Lost Earnings........................  $ 49,548

Present Value of
Future Lost Earning Capacity..............  158,905

Past Lost Fringe Benefits.................   13,264

Present Value of
Future Lost Fringe Benefits...............   31,781

TOTAL..................  $253,498

Consideration of taxes owed on the above award would increase the total figure indicated above to a figure in the amount of $385,740.

(Note:  All opinions expressed in this report are held to a reasonable degree of actuarial and economic certainty.)

# ROYAL A. BUNIN, MBA

## Actuarial-Economic Consultant

Office:
BUNIN ASSOCIATES
The Wynnewood House, Suite 109
300 East Lancaster Avenue
Wynnewood, PA 19096
(610) 642-4700

Residence:
401 Conshohocken State Road
Bala Cynwyd, PA 19004
(610) 667-3570

## EDUCATION:

Master of Business Administration, MBA, 1990,
The Fox School of Business and Management, Department of Economics, Temple University.
Major: Economics, Finance and Statistics.

Bachelor of Business Administration, Cum Laude, 1988,
The Fox School of Business and Management, Department of Economics, Temple University.
Major: Economics; Minor Concentration: Mathematics and Statistics.

## CURRENT EMPLOYMENT:

### CONSULTING:

BUNIN ASSOCIATES: May 1, 1983 to the present.
General Partner since January 1, 1997.
Actuarial-economic consulting practice, providing services for the legal profession:

1) Initial analysis, subsequent research and development, and final preparation of written reports detailing past, current and projected economic losses.

2) Expert testimony on economic damages and expertise opinion regarding future projected losses.

3) Typical areas of concentration:
   Earning Capacity          Household Services
   Fringe Benefits           Future Medical Costs
   Retirement Benefits       Lost Profits

Royal A. Bunin, M.B.A.                                                                 Page Two

## CURRENT EMPLOYMENT: (continued)

### TEACHING:

TEMPLE UNIVERSITY:
The Fox School of Business and Management, Department of Economics.
Adjunct Instructor. Initial Appointment: Fall, 1999
    Courses:    Introduction to Microeconomics, 3 Credit Hours.
                Introduction to Macroeconomics, 3 Credit Hours.
                Global Economic Issues, 3 Credit Hours.

ROWAN UNIVERSITY:
College of Liberal Arts and Sciences, Department of Economics.
Adjunct Instructor. Initial Appointment: Fall, 2000
    Courses:    Introduction to Microeconomics, 3 Credit Hours.

## PROFESSIONAL PRESENTATIONS:

Speaker at the *"Damages in a Wrongful Death Case"* CLE Seminar,
Presented by the Young Lawyers Committee and the Camden County Bar Association.

Speaker at the *"Economic Damages Round Table"* CLE Seminar,
Presented by the Association of Trial Lawyers of America-New Jersey Educational Foundation.

## PROFESSIONAL SOCIETIES:

1) American Economic Association
2) National Association of Forensic Economics
3) Philadelphia Estate Planning Council
4) Temple University, School of Business and Management, Alumni Association
5) American Academy of Economic and Financial Experts

## PROFESSIONAL DESIGNATIONS:

Academy Certified Diplomat, American Academy of Certified Consultants and Experts.

Royal A. Bunin, M.B.A.                                                    Page Three

## COURT TESTIMONY:

Economic and actuarial testimony presented in the following jurisdictions:

1) Commonwealth of Pennsylvania Court System:
   (A) Pennsylvania Commonwealth Court, (Legislative Court).
   (B) Court of Common Pleas:

| | | |
|---|---|---|
| Adams County | Delaware County | Montour County |
| Berks County | Fayette County | Northampton County |
| Bucks County | Lehigh County | Philadelphia County |
| Cambria County | Luzerne County | Schuylkill County |
| Clinton County | Lycoming County | Washington County |
| Chester County | Mifflin County | York County |
| Columbia County | Monroe County | |
| Dauphin County | Montgomery County | |

2) U.S. District Court:
   Pennsylvania: Harrisburg, Philadelphia, Scranton, Williamsport
   Delaware: Wilmington
   New Jersey: Camden
   New York: New York City

3) U.S. Bankruptcy Court:
   Pennsylvania: Wilkes Barre

4) New Jersey State Superior Court:

| | | |
|---|---|---|
| Atlantic County | Essex County | Monmouth County |
| Burlington County | Gloucester County | Salem County |
| Camden County | Mercer County | Union County |
| Cumberland County | Middlesex County | |

5) Delaware State Superior Court:              6) Maryland State Court:
   New Castle County                              Anne Arudel County

7) Commonwealth of Massachusetts Superior Court:
   Suffolk County

8) New York State Supreme Court:

| | | |
|---|---|---|
| Bronx County | Nassau County | Orange County |
| Kings County | New York County | Queens County |
| Monroe County | Ontario County | |

Arbitrations and depositions in Pennsylvania, Maryland, New Jersey and New York

# DAVID T. BUNIN, FSA CLU

### Actuarial-Economic Consultant

Office:
BUNIN ASSOCIATES
The Wynnewood House, Suite 109
300 East Lancaster Avenue
Wynnewood, PA 19096
(610) 642-4700

Residence:
358 Williams Road
Wynnewood, PA 19096
(610) 896-8353

## EDUCATION:

B.A., University of Delaware, 1950. Mathematics, economics.

Fellow, Society of Actuaries, 1961. (Upon successful completion of required eight examinations, 1950-61, including topics of mathematics, investments, interest, life expectancy, statistics, productivity, growth factors, expense analysis, life insurance law, pensions, Social Security, etc.)

Chartered Life Underwriter 1972. (Upon successful completion of required ten college level examinations, 1965-72, including subjects of economics, finance, family budgeting, insurance, pensions, etc.)

Enrolled Actuary, Employee Retirement Income Security Act.

## CURRENT EMPLOYMENT:

Private actuarial-economic consulting practice, providing services for:

1) Legal profession (reports, testimony and consultation on lost earning capacity in injury and death cases, and measurement of retirement benefits in divorce proceedings.)

2) Insurance companies (annuity settlements)

3) Corporate and professionals (estate planning based on value of future earning capacity)

## PAST EMPLOYMENT:

1971-73. Associate Actuary, Penn Mutual Life Insurance Company, Philadelphia, PA (Product development, cost-of-living policy analysis, instruction)

1969-71. Consulting Actuary, Milliman & Robertson, Inc., Wayne, PA (Premiums, projections, valuations)

David T. Bunin, FSA, CLU                                              Page Two

## PAST EMPLOYMENT (and duties)
(continued)

      1959-69.  Assistant Vice President and Actuary, Sun Life Insurance Company, Baltimore, MD.  (New policies, agency compensation, health insurance)

      1954-59.  Associate Actuary, Baltimore Life Insurance Company, Baltimore MD.  (Manager of actuarial department, product development)

      1953-54.  Assistant Actuary, State of Maryland Insurance Department.  (Analysis of policy forms, examinations of insurance companies)

      1950-1953.  New York Life Insurance Company, New York, NY.  (Actuarial, accounting, underwriting and claim departments)

## PROFESSIONAL SOCIETIES:

      Society of Actuaries  (by examination)

      American Academy of Actuaries  (charter member)

      American Economic Association

      Middle-Atlantic States Actuarial Club  (former president)

      Philadelphia Actuarial Club  (former chairman of education committee)

      American Society of Chartered Life Underwriters

      Conference of Consulting Actuaries

## TEACHING AND SEMINARS:

      Lecturer at Seminars of Pennsylvania, Delaware and New Jersey  Trial Lawyers Association

      Guest Lecturer, Temple University, School of Actuarial Science

      Lecturer at Dickinson Law School Forum

      Instruction of Actuarial and Insurance classes at insurance companies in Philadelphia and Baltimore

      Chairman of Society of Actuaries seminar on "Actuaries in Court" at Waldorf Astoria, New York

David T. Bunin, FSA, CLU                                                      Page Three

## GROUPS ADDRESSED ON ACTUARIAL AND ECONOMIC TOPICS

Defense Research Institute

Maryland Trial Lawyers Association

New Jersey Trial Lawyers Association

Pennsylvania Bar Institute

Pennsylvania Trial Lawyers Association

Philadelphia Association of Defense Counsel

Philadelphia Claim Association

Philadelphia Trial Lawyers Association

## PERIODICALS IN WHICH ARTICLES HAVE APPEARED:

The Shingle - Philadelphia Bar Association

The Barrister - Pennsylvania Trial Lawyers Association

Verdict - Philadelphia Trial Lawyers Association

The Florida Law Journal

## COURT TESTIMONY:

Economic and actuarial testimony presented for both plaintiffs and defendants:

1) Common Pleas Court of Philadelphia

2) Federal District Court, Philadelphia, PA

3) Federal District Court, Reading, PA

4) Federal District Court, Camden, NJ

5) Federal District Court, New York, NJ

6) Other State and Federal Courts in Pennsylvania, Delaware, Maryland, New Jersey, New York, Massachusetts, Connecticut, Virginia, West Virginia, Texas and Florida