**REDACTED JUNE 8, 20005 LETTER**
**TO MAGISTRATE JUDGE THYNGE**

**EXHIBIT 3**

**REDACTED**

**REDACTED JUNE 8, 20005 LETTER
TO MAGISTRATE JUDGE THYNGE**

**EXHIBIT 4**

**REDACTED**

**REDACTED JUNE 8, 20005 LETTER
TO MAGISTRATE JUDGE THYNGE**

**EXHIBIT 5**

**REDACTED**