## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of June 2005, I served a copy of the foregoing **REDACTED JUNE 8, 2005 LETTER TO MAGISTRATE JUDGE THYNGE** upon the following counsel of record via e-filing:

Steven T. Davis, Esquire
Obermayer, Rebmann, Maxwell & Hippel, LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806

/s/ Laurence V. Cronin
Laurence V. Cronin (ID 2385)

10003702.WPD