## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREA L. SPOLTORE, f/k/a ANDREA L. CADWALLADER, | : :  : |
| Plaintiff, | : : |
| v. | : Civil Action No. 04-125-JJF : |
| WILMINGTON PROFESSIONAL ASSOCIATES, INC., | : : : |
| Defendant. | : |

## ORDER

At Wilmington this **3rd** day of **May, 2005.**

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, June 29, 2005 at 2:30 p.m. EST** with Magistrate Judge Thynge to discuss the status of discovery matters.  **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE