IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREA L. SPOLTORE, <br> f/k/a ANDREA L. CADWALLADER, <br><br> Plaintiff, <br><br> v. <br><br> WILMINGTON PROFESSIONAL <br> ASSOCIATES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-125 (JJF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF SERVICE

I HEREBY CERTIFY that on the 1st day of August, 2005 two copies Defendant's Answers to Plaintiff's Punitive Damages Interrogatories and two copies of this Notice of Service were caused to be served via first class mail on the following:

Steven T. Davis, Esquire
Obermayer, Rebmann, Maxwell & Hippel, LLP
3 Mill Road, Suite, Suite 306A
Wilmington, DE 19806

SMITH, KATZENSTEIN & FURLOW LLP

*Laurence V. Cronin (by Joelle E. Polesky DE #3694)*

Laurence V. Cronin (#2385)
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
Attorneys for Defendant

Date: August 1, 2005

{10005039.DOC}