IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANDREA L. SPOLTORE f/k/a           :
ANDREA L. CADWALLADER,             :
                                   :
           Plaintiff,              :
                                   :
    v.                             :    Civil Action No. 04-125 JJF
                                   :
WILMINGTON PROFESSIONAL            :
ASSOCIATES, INC.,                  :
                                   :
           Defendant.              :

O R D E R

WHEREAS, Defendant filed a Motion For Summary Judgment (D.I. 64);

WHEREAS, Plaintiff filed a Motion To File An Over Length Brief In Opposition To Motion For Summary Judgment (D.I. 68);

WHEREAS, the parties are engaged in mediation proceedings before the Magistrate Judge;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Defendant's Motion For Summary Judgment (D.I. 64) is **DENIED WITH LEAVE TO RENEW** upon the completion of mediation proceedings.

2) Plaintiff's Motion To File An Over Length Brief In Opposition To Motion For Summary Judgment (D.I. 68) is **DENIED WITH LEAVE TO RENEW** upon the completion of mediation proceedings.

September 20, 2005                       *Joseph J. Farnan Jr.*
DATE                                     UNITED STATES DISTRICT JUDGE