**Smith Katzenstein Furlow LLP**

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(Courier 19801)
Telephone: (302) 652-8400
Telecopy: (302) 652-8405
www.skfdelaware.com

October 20, 2005

*VIA E-FILING AND HAND DELIVERY*

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the
District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:   *Spoltore v. Wilmington Professional Associates, Inc*
           C.A. No. 04-125 JJF

Dear Judge Farnan:

The parties have reached an agreement to settle the above referenced matter. We expect to file a stipulation of dismissal shortly. If Your Honor has any questions, counsel are available at the convenience of the Court.

Respectfully,

Laurence V. Cronin (ID No. 2385)

LVC/vkm

    cc:   Clerk of Court (via e-filing)
           Stephen T. Davis, Esquire (via e-filing)
           Kimberly D. Sutton, Esquire (via facsimile)