IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANDREA L. SPOLTORE, formerly :
known as Andrea L. :
Cadawallader, :
　　　　　　　　　　　　　　　　　:
　　　　　Plaintiff, :
　　　　　　　　　　　　　　　　　:
　　　v. : Civil Action No. 04-125-JJF
　　　　　　　　　　　　　　　　　:
WILMINGTON PROFESSIONAL :
ASSOCIATES INC., :
　　　　　　　　　　　　　　　　　:
　　　　　Defendant. :

## O R D E R

WHEREAS, the Court has been advised by Laurence V. Cronin, Esquire that the parties have reached a settlement in the above-captioned action (D.I. 121);

NOW THEREFORE, IT IS HEREBY ORDERED that this matter is **STAYED** and **CLOSED** administratively. The parties shall file a Stipulation of Dismissal which may include terms of the settlement within sixty (60) days of the date of this Order. The Court will retain jurisdiction for the said sixty (60) days and will reopen the matter upon the application of any party.

_November 16, 2005_　　　　　　　　　_[signature]_
　　　Date　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE