IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREA L. SPOLTORE,<br>f/k/a ANDREA L. CADWALLADER, | ) )<br>) | |
| Plaintiff, | ) ) ) | |
| | ) | C.A. No. 04-125 (JJF) |
| v. | ) ) | |
| WILMINGTON PROFESSIONAL<br>ASSOCIATES, INC., | ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY stipulated by and between the parties hereto, that this case be, and

hereby is, dismissed with prejudice.

OBERMAYER REBMANN MAXWELL    SMITH, KATZENSTEIN & FURLOW LLP
& HIPPEL, LLP

_____    _____
Steven T. Davis (ID No. 2731)       Laurence V. Cronin (# 2385)
3 Mill Road, Suite 306A             800 Delaware Avenue, P.O. Box 410
Wilmington, DE 19806                Wilmington, Delaware 19899
(302) 655-9094                      (302) 652-8400
Attorneys for Plaintiff             Attorneys for Defendant

SO ORDERED, this _____ day of _____, 2005.

_____
J.

10009128.WPD