CASREF, CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00125-JJF
### Internal Use Only

| | |
|---|---|
| Spoltore v. Wilm Professional | Date Filed: 03/01/2004 |
| Assigned to: Honorable Joseph J. Farnan, Jr. | Jury Demand: Plaintiff |
| Referred to: Honorable Mary Pat Thynge | Nature of Suit: 190 Contract: Other |
| Demand: $0 | Jurisdiction: Federal Question |
| Cause: 28:1331 Fed. Question: Employment Discrimination | |

**Plaintiff**

**Andrea L. Spoltore**  represented by  **Steven T. Davis**
*formerly known as*  Obermayer, Rebmann, Maxwell &
Andrea L. Cadwallader  Hippel LLP
 Suite 306A
 3 Mill Road
 Wilmington, DE 19806
 (302) 655-9094
 Email: steven.davis@obermayer.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Wilmington Professional Associates**  represented by  **Laurence V. Cronin**
**Inc.**  Smith, Katzenstein, & Furlow
*a business entity*  The Corporate Plaza
 800 Delaware Ave.
 P.O. Box 410
 Wilmington, DE 19899
 (302) 652-8400
 Email: lvc@skfdelaware.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2004 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 135771 (els) (Entered: 03/01/2004) |
| 03/01/2004 | | DEMAND for jury trial by Andrea L. Spoltore (els) (Entered: 03/01/2004) |
| 03/10/2004 | 2 | CASE assigned to Judge Joseph J. Farnan Jr. . Notice to all parties. (rjb) |

| | | |
|---|---|---|
| 12/07/2004 | 56 | MOTION by Wilm Professional with Proposed Order to Compel Answer Brief due 12/21/04 re: [56-1] motion (afb) (Entered: 12/08/2004) |
| 12/10/2004 | 57 | CERTIFICATE OF SERVICE by Wilm Professional re: Second Request for Prod. of Docs. and First Set of Interrogs. (afb) (Entered: 12/13/2004) |
| 12/20/2004 | 58 | Answer Brief Filed by Andrea L. Spoltore in opp. to [56-1] motion to Compel - Reply Brief due 12/27/04 (afb) (Entered: 12/21/2004) |
| 12/20/2004 | 58 | CROSS MOTION by Andrea L. Spoltore for Protective Order re: [58-1] cross motion (afb) (Entered: 12/21/2004) |
| 12/20/2004 | | Deadline updated; set Answer Brief Deadline to 1/3/05 re: [58-1] cross motion for Protective Order (afb) (Entered: 12/21/2004) |
| 12/27/2004 | 59 | Answer Brief Filed by Wilm Professional to Pltf.'s [58-1] cross motion for Protective Order - Reply Brief due 1/3/05 (afb) (Entered: 12/28/2004) |
| 01/14/2005 | 60 | NOTICE by Wilm Professional to take deposition of Elizabeth A. Jackovic on 01/25/05 (afb) (Entered: 01/21/2005) |
| 01/14/2005 | 61 | NOTICE by Wilm Professional to take deposition of Neil S. Kaye on 01/20/05 (afb) (Entered: 01/21/2005) |
| 01/18/2005 | 62 | Subpoena for Elizabeth Jackovic, D.O. w/ return of svc. exe. on 01/14/05. (afb) (Entered: 01/21/2005) |
| 01/18/2005 | 63 | Subpoena for Neil S. Kaye, M.D. P.A. w/ return of svc. exe. on 01/14/05. (afb) (Entered: 01/21/2005) |
| 01/19/2005 | 64 | MOTION by Wilm Professional with Proposed Order for Summary Judgment Answer Brief due 2/2/05 re: [64-1] motion (afb) (Entered: 01/21/2005) |
| 01/19/2005 | 65 | Opening Brief Filed by Wilm Professional in supp. of its [64-1] motion for Summary Judgment - Answer Brief due 2/2/05 (afb) (Entered: 01/21/2005) |
| 01/19/2005 | 66 | Appendix to Brief Filed by Wilm Professional Appending in supp. of their [65-1] opening brief (afb) (Entered: 01/21/2005) |
| 02/07/2005 | 67 | LETTER to the Court from Steven T. Davis re: encl. docs. for filing. (afb) (Entered: 02/09/2005) |
| 02/07/2005 | 68 | MOTION by Andrea L. Spoltore to file an over length brief in opp. to Motion for Sum. Jgm. re: [68-1] motion (afb) (Entered: 02/09/2005) |
| ==02/07/2005== | ==69== | ==(In Camera Review Only) Answer Brief Filed by Andrea L. Spoltore [64-1] motion for Summary Judgment - Reply Brief due 2/14/05 (SEALED) (afb) (Entered: 02/09/2005)== |
| 02/07/2005 | 70 | Appendix to Brief Filed by Andrea L. Spoltore Appending [69-1] answer brief (afb) (Entered: 02/09/2005) |
| ==02/07/2005== | ==71== | ==(In Camera Review Only) Exhibit E Filed by Andrea L. Spoltore to [70-1] appendix brief. (SEALED) (afb) (Entered: 02/09/2005)== |

| | | |
|---|---|---|
| 02/07/2005 | 72 | (In Camera Review Only) Exhibit Y Filed by Andrea L. Spoltore to [70-1] appendix brief (SEALED) (afb) (Entered: 02/09/2005) |
| 02/08/2005 | 73 | LETTER to the Clerk from Kimberly Sutton, Esq. re: encl. docs. for filing (DI #67 - 72). (afb) (Entered: 02/09/2005) |
| 02/11/2005 | 74 | NOTICE to Take Deposition of Tina Cressman on 04/19/05 at 9:30 a.m. by Wilmington Professional Associates Inc..(afb, ) (Entered: 02/14/2005) |
| 02/17/2005 | 75 | REPLY BRIEF in support of its [64] Motion for Summary Judgment filed by Wilmington Professional Associates Inc. (afb, ) (Entered: 02/18/2005) |
| 02/17/2005 | 76 | APPENDIX to [75] Reply Brief by Wilmington Professional Associates Inc.. (afb, ) (Entered: 02/18/2005) |
| 02/22/2005 | 77 | Letter to The Court from Laurence V. Cronin regarding encl. stip. extending the period for filing dispositive motions (DI #78). (afb, ) (Entered: 02/23/2005) |
| 02/22/2005 | 78 | REVISED STIPULATION TO EXTEND TIME to file dispositive motions by 01/19/05. - filed by Andrea L. Spoltore, Wilmington Professional Associates Inc.. (afb, ) Modified on 2/23/2005 (afb, ). (Entered: 02/23/2005) |
| 02/24/2005 | | SO ORDERED, re [78] STIPULATION TO EXTEND TIME to file dispositive motions filed by Andrea L. Spoltore, Wilmington Professional Associates Inc. - Dispositive Motions with supporting briefs due by 1/19/2005. Signed by Judge Joseph J. Farnan, Jr. on 2/24/05. (maw, ) (Entered: 02/28/2005) |
| 03/08/2005 | 79 | Second MOTION to Compel *with Certificate of Service* - filed by Wilmington Professional Associates Inc.. (Attachments: # 1 Exhibit Exhibit A part 1# 2 Exhibit Exhibit A part 2# 3 Exhibit Exhibit B# 4 Text of Proposed Order Proposed Order)(Cronin, Laurence) (Entered: 03/08/2005) |
| 03/08/2005 | | OPENING BRIEF (contained in motion) in Support re 79 Second MOTION to Compel *with Certificate of Service* filed by Wilmington Professional Associates Inc..Answering Brief/Response due date per Local Rules is 3/22/2005. (afb, ) (Entered: 03/11/2005) |
| 03/15/2005 | 80 | ANSWERING BRIEF in Opposition filed by Andrea L. Spoltore.Reply Brief due date per Local Rules is 3/22/2005. (Attachments: # 1 Exhibit Exhibit "A" to plaintiff's Opposition# 2 Text of Proposed Order Proposed Protective Order# 3 Certificate of Compliance Certificate of Service) (Davis, Steven) (Entered: 03/15/2005) |
| 03/16/2005 | 81 | Letter to Judge Farnan from Laurence V. Cronin regarding outstanding discovery motions. (Cronin, Laurence) (Entered: 03/16/2005) |
| 03/16/2005 | 82 | NOTICE to Take Deposition of Depostion Duces Tecum of Delaware Medical Management Services, LLC on March 23, 2005 by Wilmington Professional Associates Inc..(Cronin, Laurence) (Entered: 03/16/2005) |
| | | |

| | | |
|---|---|---|
| 05/11/2005 | 104 | ORDER (103) So Ordered. Signed by Judge Mary Pat Thynge on 5/11/2005. (cab, ) (Entered: 05/11/2005) |
| 05/12/2005 | 105 | NOTICE to Take Deposition of Rockford Center (Deposition Duces Tecum) on May 27, 2005 by Wilmington Professional Associates Inc..(Cronin, Laurence) (Entered: 05/12/2005) |
| 05/12/2005 | 106 | NOTICE to Take Deposition of MeadowWood Hospital (Deposition Duces Tecum) on May 27, 2005 by Wilmington Professional Associates Inc..(Cronin, Laurence) (Entered: 05/12/2005) |
| 05/12/2005 | 107 | NOTICE to Take Deposition of Father Martin's Ashley (Deposition Duces Tecum) on May 27, 2005 by Wilmington Professional Associates Inc..(Cronin, Laurence) (Entered: 05/12/2005) |
| 05/18/2005 | 108 | SUBPOENA Returned Executed as to Father Martin's Ashley on May 17, 2005 (Cronin, Laurence) (Entered: 05/18/2005) |
| 05/18/2005 | 109 | SUBPOENA Returned Executed as to MeadowWood Hospital on May 13, 2005 (Cronin, Laurence) (Entered: 05/18/2005) |
| 05/18/2005 | 110 | SUBPOENA Returned Executed as to Rockford Center on May 13, 2005 (Cronin, Laurence) (Entered: 05/18/2005) |
| 06/06/2005 | 111 | Letter to Hon. Mary Pat Thynge from Kimberly D. Sutton, Esquire regarding Medical documents under seal for incamera review. (Attachments: # 1)(Davis, Steven) (Entered: 06/06/2005) |
| 06/06/2005 | 112 | Letter to Judge Thynge from Laurence V. Cronin regarding requesting opportunity to respond to plaintiff's letter of June 1, 2005 re 111 Letter. (Cronin, Laurence) (Entered: 06/06/2005) |
| 06/08/2005 | 113 | (SEALED) Letter to Judge Thynge from Laurence V. Cronin regarding response to plaintiff's letter of June 1, 2005 re 111 Letter. (Cronin, Laurence) Modified on 6/9/2005 (afb, ). (Entered: 06/08/2005) |
| 06/13/2005 | 114 | (SEALED) TRANSCRIPT of Teleconference held on 05/05/05 before Judge Thynge. Court Reporter: Karen McCloskey. (Transcript on file in Clerk's Office) (afb, ) Modified on 10/21/2005 (afb, ). (Entered: 06/13/2005) |
| 06/13/2005 | 115 | Letter to Hon. Mary Pat Thynge, U.S.M.J from Steven T. Davis regarding Protected Medical Records. (Davis, Steven) (Entered: 06/13/2005) |
| 06/14/2005 | 116 | Letter to Judge Thynge from Laurence V. Cronin regarding Enclosed is a redacted version of the letter filed under seal on June 8, 2005 re 113 Letter. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2 - Pages 1 to 10# 3 Exhibit Exhibit 2 - Pages 11 to 19# 4 Exhibit Exhibits 3 to 5# 5 Certificate of Service)(Cronin, Laurence) (Entered: 06/14/2005) |
| 06/28/2005 | 117 | Order Setting Teleconference: Telephone Conference set for 6/29/2005 02:30 PM before Honorable Mary Pat Thynge. Plaintiff's counsel shall initiate the teleconference call. Signed by Judge Mary Pat Thynge on |