OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 18, 2006

Laurence V. Cronin
Smith, Katzenstein, & Furlow
The Corporate Plaza
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
Email: lvc@skfdelaware.com

RE: *Andrea L. Spoltore, v. Wilmington Professional Associates Inc.*
Civ. No.: 04-125 JJF

Dear Counsel:

   Pursuant to the Order entered on 8/11/06 by Judge Joseph J. Farnan, Jr., the following documents are herewith being returned to you:

ITEM(S):  113.


   A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _Evette Watan_ (signature)

I hereby acknowledge receipt of the above mentioned documents on ___AUG 2 2 2006___.

_signature_
Signature