OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 18, 2006

Steven T. Davis
Obermayer, Rebmann, Maxwell & Hippel LLP
Suite 306A
3 Mill Road
Wilmington, DE 19806
(302) 655-9094
Email: steven.davis@obermayer.com

RE:  <u>Andrea L. Spoltore, v. Wilmington Professional Associates Inc.</u>
     Civ. No.: 04-125 JJF

Dear Counsel:

   Pursuant to the Order entered on 8/11/06 by Judge Joseph J. Farnan, Jr., the following documents are herewith being returned to you:

ITEM(S):  69, 71, and 72.

   A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _Beth Dunn_ (signature)

   I hereby acknowledge receipt of the above mentioned documents on ___9-7-06___ .

_____
Signature